# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>D. HENSON, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:04-CV-5092-AWI-LJO-P<br><br>ORDER DECLINING TO ADOPT FINDINGS AND RECOMMENDATIONS IN LIGHT OF CHANGE IN LAW, DENYING DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO EXHAUST, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE<br><br>(Docs. 20 and 27) |

　　　　Plaintiff Trevor Johnson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　　On February 22, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. On March 30, 2005, plaintiff filed objections, and on April 21, 2005, defendants filed a response to plaintiff's objections.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis in light of the law at the time the Findings and Recommendations was issued. However, on March 24, 2005, the United States Court of Appeals for the Ninth Circuit issued a decision in Ngo v.

///

1

Woodford, 403 F.3d 620 (9th Cir. 2005) that requires the Court to decline to adopt the Findings and Recommendations and deny defendants' motion to dismiss.

Plaintiff's inmate appeal was rejected at the Director's Level of review on October 22, 2002, as untimely. In Ngo, the Ninth Circuit held that exhaustion occurs when all available avenues of administrative relief are completed. Ngo, 403 F.3d at 631. In Ngo, as in this case, the plaintiff's appeal was rejected at the Director's Level of review as untimely. Id. The Ninth Circuit held that because the appeal was deemed time-barred and no further levels of appeal remained, exhaustion had occurred. Id. Accordingly, pursuant to the decision in Ngo, this Court finds that exhaustion occurred on October 22, 2002, when plaintiff's appeal was rejected as time-barred at the third and final level of review. Defendants' motion to dismiss for failure to exhaust shall therefore be denied.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. In light of Ngo v. Woodford, 403 F.3d 620 (9th Cir. 2005), the Findings and Recommendations, filed February 22, 2005, is not adopted;

2. Defendants' motion to dismiss for failure to exhaust, filed October 13, 2004, is denied on the ground that exhaustion occurred on October 22, 2002; and

3. This matter is referring back to the Magistrate Judge for consideration of defendants' motion to dismiss for failure to state a claim and plaintiff's motion to compel.

IT IS SO ORDERED.

**Dated:   July 15, 2005**                         **/s/ Anthony W. Ishii**
0m8i78                                  UNITED STATES DISTRICT JUDGE