# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR JOHNSON, | CASE NO. 1:04-CV-5092-AWI-LJO-P |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE AND DENYING MOTION TO COMPEL AS PREMATURE |
| v. | |
| D. HENSON, et al., | (Docs. 21 and 24) |
| Defendants. | |

Plaintiff Trevor Johnson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 8, 2004, the court issued an order requiring plaintiff to show cause why defendant Aguillar should not be dismissed from this action based on plaintiff's failure to provide information sufficient to effect service of process. (Doc. 21.) On December 8, 2004, plaintiff filed a response to the order to show cause and a motion to compel. (Doc. 24.) Defendants filed an opposition to the motion to compel on December 17, 2004. (Doc. 25.)

At this juncture, the need for discovery relating to the identity of defendant Aguillar is unnecessary. The court will discharge its order to show cause and, in a separate order issued concurrently with this order, direct the United States Marshal to again attempt service on defendant Aguillar. In the event that the Marshal is again unsuccessful in identifying defendant Aguillar, plaintiff may attempt to obtain discoverable information on defendant Aguillar once discovery is open.

///

1

Based on the foregoing, it is HEREBY ORDERED that:

1. The order to show cause, filed on November 8, 2004, is DISCHARGED; and

2. Plaintiff's motion to compel, filed on December 8, 2004, is DENIED as premature.

IT IS SO ORDERED.

**Dated:   July 22, 2005**             /s/ Lawrence J. O'Neill
b9ed48                                  UNITED STATES MAGISTRATE JUDGE