UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR JOHNSON,<br><br>             Plaintiff,<br><br>vs.<br><br>D. HENSON, et al.,<br><br>             Defendants.<br>_____/ | 1:04-cv-05092-AWI-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 38)<br><br>**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION AS MOOT** (Doc. 28) |

Plaintiff Trevor Johnson ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On July 22, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1 In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 <u>de novo</u> review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6     Accordingly, IT IS HEREBY ORDERED that:
7     1.  The Findings and Recommendations, filed July 22, 2005,
8 is ADOPTED IN FULL; and,
9     2.  Plaintiff's motion for preliminary injunction mandating
10 access to his legal property, filed March 7, 2005, is DENIED as
11 MOOT.

13 IT IS SO ORDERED.
14 **Dated:   September 13, 2005**          /s/ Anthony W. Ishii
   0m8i78                                  UNITED STATES DISTRICT JUDGE