# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>D. HENSON, et al.,<br><br>        Defendants. | CASE NO. 1:04-CV-5092-AWI-LJO-P<br><br>ORDER DISREGARDING DUPLICATIVE MOTION FOR COURT ORDER<br><br>(Doc. 46) |

      Plaintiff Trevor Johnson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 14, 2005, plaintiff filed a motion seeking a court order mandating access to the law library for five hours per week. On November 9, 2005, plaintiff filed an identical motion seeking law library access, accompanied by his declaration and evidence.

      Plaintiff's motion filed on November 9, 2005, is HEREBY DISREGARDED on the ground that it is duplicative of the pending motion filed on September 14, 2005.

IT IS SO ORDERED.

Dated:   December 2, 2005           /s/ Lawrence J. O'Neill
b9ed48                                           UNITED STATES MAGISTRATE JUDGE