# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR JOHNSON, | CASE NO. 1:04-CV-05092-AWI-LJO-P |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE AN OBJECTION |
| v. | |
| D. HENSON, et al., | (Doc. 51) |
| Defendants. | |

On January 17, 2006, plaintiff filed a motion seeking an extension of time to file an objection to the Findings and Recommendations issued by the undersigned on December 5, 2005. Plaintiff's motion is HEREBY GRANTED. Plaintiff's objection, if any, shall be filed within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:   January 26, 2006**          /s/ Lawrence J. O'Neill
i0d3h8                                          UNITED STATES MAGISTRATE JUDGE

1