# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR JOHNSON, | CASE NO. 1:04-CV-5092-AWI-LJO-P |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF THE DISCOVERY DEADLINE |
| v. | |
| D. HENSON, et al., | (Doc. 58) |
| Defendants. | Discovery Deadline:   July 18, 2006 |
| | Pre-Trial Dispositive Motion Deadline:   September 18, 2006 |

Plaintiff Trevor Johnson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The deadline for the completion of discovery is May 12, 2006. On April 4, 2006, plaintiff filed a motion seeking an extension of the discovery deadline. Defendants did not file a response.

In his motion, plaintiff represents incorrectly that the discovery deadline was December 12, 2005. The deadline for filing unenumerated Rule 12(b) motions (motions to dismiss for failure to exhaust) was December 12, 2005. Pursuant to the court's scheduling order, a motion seeking an extension of a deadline must be filed on or before that deadline. Thus, if December 12, 2005, had been the deadline to complete discovery, the court would not be inclined to grant a request for an extension filed almost four months after the expiration of the deadline.

Because the discovery deadline is May 12, 2006, plaintiff's motion was timely filed and shall be granted. Plaintiff is reminded that discovery requests must be served on defendants' counsel at

1

1 least forty-five days before the deadline to ensure that counsel has at least forty-five days within
2 which to respond. **Should a discovery dispute arise, the parties are relieved of their obligation**
3 **to confer or attempt to confer in good faith prior to seeking relief from the court.** Because the
4 discovery deadline is being extended, the court shall *sua sponte* extend the pre-trial dispositive
5 motion deadline.

      Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion seeking an extension of the discovery deadline, filed April 4, 2006, is GRANTED;
2. The discovery deadline is extended to **July 18, 2006**, for all parties; and
3. The pre-trial dispositive motion deadline is extended to **September 18, 2006**, for all parties.

IT IS SO ORDERED.

**Dated:**     **May 10, 2006**                    /s/ Lawrence J. O'Neill
i0d3h8                                              UNITED STATES MAGISTRATE JUDGE

2