# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR JOHNSON, | CASE NO. 1:04-CV-05092-AWI-LJO-P |
| Plaintiff, | ORDER STRIKING DEPOSITION TRANSCRIPT |
| v. | (Doc. 63) |
| D. HENSON, et al., | |
| Defendants. | |

On July 6, 2006, plaintiff filed a copy of his deposition transcript along with amendments he is seeking to the transcript. Discovery is to be conducted between the parties without court involvement unless a dispute arises requiring court intervention. There is no dispute before the court requiring court intervention at this time. Accordingly, plaintiff's deposition transcript is HEREBY ORDERED STRICKEN FROM THE RECORD.

IT IS SO ORDERED.

**Dated:   July 13, 2006**          /s/ Lawrence J. O'Neill
b9ed48                              UNITED STATES MAGISTRATE JUDGE