# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR JOHNSON, | CASE NO. 1:04-CV-05092-AWI-LJO-P |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION TO DISMISS |
| v. | |
| D. HENSON, et al., | (Doc. 65) |
| Defendants. | |
| _____/ | |

On July 5, 2006, in light of the United States Supreme Court's recent decision in Ngo v. Woodford, 126 S.Ct. 2378 (2006), defendants filed a renewed motion to dismiss for failure to exhaust the available administrative remedies. Fed. R. Civ. P. 12(b). On July 28, 2006, plaintiff filed a motion seeking an extension of time to file a response. Defendants filed a statement of non-opposition on July 31, 2006, and provided plaintiff a copy of the Court's decision in Ngo.

Good cause having been shown, plaintiff's motion for an extension of time is HEREBY GRANTED, and plaintiff shall have **thirty (30) days** from the date of service of this order within which to file a response to defendants' motion to dismiss.

IT IS SO ORDERED.

Dated:   **August 15, 2006**                    _____**/s/ Lawrence J. O'Neill**_____
i0d3h8                                                    UNITED STATES MAGISTRATE JUDGE