UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>D. HENSON, et al.,<br><br>    Defendants. | 1:04-CV-05092-AWI-LJO-P<br><br>ORDER GRANTING SECOND EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION TO DISMISS<br><br>(Doc. 68) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 21, 2006, plaintiff filed a second motion for an extension of time to file a response to defendants' renewed motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file a response to defendants' renewed motion to dismiss.

IT IS SO ORDERED.

**Dated:     September 26, 2006**            /s/ Lawrence J. O'Neill
i0d3h8                                                    UNITED STATES MAGISTRATE JUDGE