IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TREVOR JOHNSON,<br><br>                               Plaintiff,<br><br>       v.<br><br>D. HENSON, et al.,<br><br>                               Defendants. | 1:04-CV-05092 AWI LJO P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO VACATE SCHEDULING ORDER PENDING RESOLUTION OF MOTION TO DISMISS (Doc. 69)** |

On May 10, 2006, this Court filed an amended scheduling order setting September 18, 2006, as the deadline to file dispositive motions.  On July 5, 2006, Defendants filed a motion to dismiss arguing that Plaintiff had failed to exhaust mandatory administrative remedies prior to filing suit and that a change in the law permits dismissal.  That motion is pending before the Court.

On September 7, 2006, Defendants filed a request to vacate the scheduling order due to the pending motion to dismiss and their stated intention to file a motion for summary judgment should such a motion be necessary.

Defendants' request to vacate the scheduling order is HEREBY GRANTED.  Once the Court decides the pending motion to dismiss, should it be necessary, the Court will establish a new scheduling order for dispositive motions.

IT IS SO ORDERED.

**Dated:    October 10, 2006**             /s/ Lawrence J. O'Neill
i0d3h8                                           UNITED STATES MAGISTRATE JUDGE

1