1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

9  TREVOR JOHNSON,                          CASE NO. 1:04-CV-05092-AWI-LJO-P

10                     Plaintiff,            ORDER GRANTING PLAINTIFF'S REQUEST
                                            FOR AN EXTENSION OF TIME TO FILE A
11         v.                               RESPONSE TO DEFENDANTS' MOTION TO
                                            DISMISS
12  D. HENSON, et al.,
                                            (Doc. 72)
13                     Defendants.
    _____/
14

15         On July 5, 2006, in light of the United States Supreme Court's recent decision in Ngo v.

16  Woodford, 126 S.Ct. 2378 (2006), defendants filed a renewed motion to dismiss for failure to

17  exhaust the available administrative remedies.  Fed. R. Civ. P. 12(b).  On September 20, 2006,

18  plaintiff filed his third request seeking an extension of time to file a response.

19         Good cause having been shown, plaintiff's request for an extension of time is HEREBY

20  GRANTED, and plaintiff shall have **thirty (30) days** from the date of service of this order within

21  which to file a response to defendants' motion to dismiss.

22

23  IT IS SO ORDERED.

24  **Dated:     October 10, 2006**              _____/s/ Lawrence J. O'Neill_____
    i0d3h8                                    UNITED STATES MAGISTRATE JUDGE
25

26

27

28

1