UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>D. HENSON, et al.,<br><br>    Defendants. | 1:04-CV-05092-AWI-LJO-P<br><br>ORDER GRANTING THIRTY-DAY EXTENSION OF TIME TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS<br><br>(Doc. 75) |

On October 23, 2006, plaintiff filed a motion for a third extension of time to file a response to defendants' renewed motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file an opposition to defendants' renewed motion to dismiss.

IT IS SO ORDERED.

**Dated:** **November 27, 2006**          /s/ Lawrence J. O'Neill
i0d3h8                                              UNITED STATES MAGISTRATE JUDGE