UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR JOHNSON,<br><br>            Plaintiff,<br><br>vs.<br><br>D. HENSON, et al.,<br><br>            Defendants.<br>_____/ | 1:04-cv-05092-AWI-NEW (DLB) PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND GRANTING DEFENDANTS' RENEWED MOTION TO DISMISS** (Docs. 62 and 81)<br><br>**ORDER DISMISSING ACTION, WITHOUT PREJUDICE, BASED ON PLAINTIFF'S FAILURE TO EXHAUST** |

    Plaintiff Trevor Johnson ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On January 17, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 17, 2007, is ADOPTED IN FULL;

2. Defendants' renewed motion to dismiss for failure to exhaust, filed July 5, 2006, is GRANTED; and,

3. Pursuant to 42 U.S.C. § 1997e(a), this action is DISMISSED, without prejudice, based on plaintiff's failure to exhaust the administrative remedies prior to filing suit.

IT IS SO ORDERED.

**Dated:   March 19, 2007**                   **/s/ Anthony W. Ishii**
0m8i78                                         UNITED STATES DISTRICT JUDGE